IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TYRUS T. SHELLY,

    Petitioner,

vs.

ROB JEFFREYS,

    Respondent.

4:24CV3179

MEMORANDUM AND ORDER

This matter is before the Court on Petitioner Tyrus T. Shelly's Motion for Leave to Proceed in Forma Pauperis ("IFP"), Filing No. 3; Motion for Copies, Filing No. 5; and Motion to Appoint Counsel, Filing No. 6. For the reasons stated in the Court's Memorandum and Order, dated April 28, 2025,

IT IS ORDERED that Shelly's Motions for Leave to Proceed in Forma Pauperis ("IFP"), Filing No. 3; Motion for Copies, Filing No. 5; and Motion to Appoint Counsel, Filing No. 6, are denied without prejudice to reassertion.

Dated this 1st day of Mary, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge